**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Genssler Environmental Holdings, LLC

**Debtor(s)**

Case No.: 11–30746

Chapter:  7

ENTERED
01/16/2013

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Joseph M Hill is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/16/13

_____
JEFF BOHM
United States Bankruptcy Judge